Cartagena v Lee (2022 NY Slip Op 51342(U))



[*1]


Cartagena v Lee


2022 NY Slip Op 51342(U)


Decided on December 9, 2022


Appellate Term, Second Department


Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.



Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, CHEREÉ A. BUGGS, JJ



2021-642 Q C

Alexander Cartagena, Appellant,
againstStephen K. Lee and Chak L. Lee, Respondents. 

Opinion withdrawn from publication by the State Reporter because it duplicates the opinion published at 
2022 NY Slip Op 51215(U).












